IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER N. HENRIKSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINDA McMAHON,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Civil No. 06-432-HO<br><br><br><br>~~PROPOSED~~ ORDER FOR ATTORNEY<br><br>FEES AND COSTS |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,680.90 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $250.00 will be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. No other fees, costs or expenses will be awarded.

///


///


///


Page 1    ORDER - [06-432-HO]

DATED this 16th day of Feb., 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 2    ORDER - [06-432-HO]